ROGERS JOSEPH O'DONNELL
Merri A. Baldwin (State Bar No. 141957)
mbaldwin@rjo.com
Aaron M. Scolari (State Bar No. 237397)
ascolari@rjo.com
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Plaintiff
PIC GROUP INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIC GROUP INC., a Georgia corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BUENA VISTA BIOMASS POWER, LLC, a California limited liability company,<br><br>Defendant. | Case No. 2:16-cv-02547-MCE-GGH<br><br>**JOINT STIPULATION FOR JUDGMENT AND ORDER** |

It is hereby STIPULATED BY AND BETWEEN Plaintiff PIC Group ("PIC") and Defendant Buena Vista Biomass Power, LLC ("BVBP"), by and through their respective attorneys of records, that:

1. On October 26, 2016, PIC filed its Complaint against BVBP asserting claims for (1) breach of written agreements; (2) breach of the covenant of good faith and fair dealing; (3) open book account; (4) common count: account stated; (5) express contractual indemnity; and (6) equitable indemnity, arising out of services PIC provided to BVBP in connection with a power plant owned and operated by BVBP at 4655 Coal Mine Road, Ione, California 95640 (the "Action"). On January 6, 2017, BVBP answered PIC's Complaint, denying PIC's claims and requests for relief.

2. After engaging in settlement discussions, PIC and BVBP have agreed to

settle this Action, pursuant to the following terms of this Joint Stipulation for Judgment and Order:

    a. Judgment shall be entered for PIC in the amount of $368,459.47 ("Judgment Amount").

    b. Upon entry of judgment pursuant to this Joint Stipulation for Judgment and Order, PIC may record a judgment lien in Amador County on the power plant owned and operated by BVBP located at 4655 Coal Mine Road, Ione, California 95640. Except for recording the judgment lien, PIC agrees to refrain from any further collection efforts on the judgment pursuant to this Joint Stipulation for Judgment and Order until December 31, 2017.

    3. In the event that BVBP fails to pay the full Judgment Amount on or before December 31, 2017, PIC may commence any actions necessary to collect the Judgment Amount. PIC shall be entitled to an award of the attorney's fees incurred in its collections efforts, plus post-judgment interest from the date of entry of this Judgment and Order.

SO STIPULATED.

Dated: May ___, 2017        ROGERS JOSEPH O'DONNELL

By: _____
    MERRI A. BALDWIN
    AARON M. SCOLARI

Attorneys for Plaintiff
PIC GROUP INC.

Dated: May ___, 2017        STOEL RIVES LLP

By: _____
    SETH D. HILTON
    BRYAN L. HAWKINS

Attorneys for Defendant
BUENA VISTA BIOMASS POWER, LLC

## JUDGMENT AND ORDER

Pursuant to the Parties Joint Stipulation for Judgment and Order IT IS SO ORDERED AND ADJUDGED, and judgment pursuant to the terms of the Joint Stipulation is hereby entered as follows:

1. Judgment is granted in favor of PIC in the amount of $368,459.47 ("Judgment Amount").

2. Upon entry of judgment pursuant to this Joint Stipulation for Judgment and Order, PIC may record a judgment lien in Amador County on the power plant owned and operated by BVBP located at 4655 Coal Mine Road, Ione, California 95640. Except for recording the judgment lien, PIC agrees to refrain from any further collection efforts on the judgment pursuant to this Joint Stipulation for Judgment and Order until December 31, 2017.

3. In the event that BVBP fails to pay the full Judgment Amount on or before December 31, 2017, PIC may commence any actions necessary to collect the Judgment Amount. PIC shall be entitled to an award of the attorney's fees incurred in its collections efforts, plus post-judgment interest from the date of entry of this Judgment and Order.

IT IS SO ORDERED.

Dated: June 22, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE